Kevin P. Rooney #107554
**Of Counsel, HAMMERSCHMIDT LAW CORPORATION**
2445 Capitol Street, Suite 215
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, ISMAEL CABADA GARCIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ISMAEL CABADA GARCIA ET AL, <br><br> Defendants | ) Case No.: 1:26-cr-00090-KES-EPG <br> ) <br> ) **STIPULATION AND ORDER TO** <br> ) **CONTINUE BRIEFING SCHEDULE AND** <br> ) **HEARING DATE AND EXCLUDE TIME** <br> ) **UNDER SPEEDY TRIAL ACT** <br> ) <br> ) <br> ) <br> ) |

The United States of America, by and through Assistant U.S. Attorney Chan Hee Chuampbell, defendant Ismael Cabada Garcia, by and through his counsel Kevin Rooney, hereby agree and stipulate as follow:

1. The government's motion to revoke the order for defendant's release is pending.

2. Current counsel was appointed to represent Mr. Cabada Garcia on May 19 after the initial litigation regarding release.

3. The defendant's brief opposing the revocation is due May 29. Counsel will be unable to meet that deadline. Counsel is unable to communicate with the defendant unless assisted by an interpreter. Informal discovery was provided on May 25. Counsel had a dental procedure on May 26 and is required to travel to Sacramento on May 28 for an appearance the following day on a case transferred from Fresno to Sacramento by the Court.

4. The revocation hearing is currently scheduled for June 11. Before his appointment in this case, defense counsel made travel reservations to the East Coast from June 10 through June 14.

5. The parties hereby agree and stipulate that:

-The defense brief shall be due by June 3, 2026.

-The Government's reply, if any, shall be due by June 10, 2026.

-The hearing shall be scheduled for June 15 or a later date agreeable to the Court.

-Time has already been excluded and will continue to be excluded for purposes of the Speedy Trial Act through the date of the revocation hearing because there is a motion pending

It is so stipulated and agreed:.

Dated: May 28, 2026                                         ERIC GRANT
                                                           United States Attorney


                                                           /s/ CHAN HEE CHU
                                                           CHAN HEE CHU
                                                           Assistant United States Attorney


Dated: May 28, 2026                                         /s/ KEVIN ROONEY
                                                           KEVIN ROONEY
                                                           Counsel for Defendant
                                                           Ismael Cabada Garcia

## FINDINGS AND ORDER

The court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The court vacates the June 11, 2026, hearing date and resets the matter for a hearing on **June 15, 2026, at 9:30 a.m. before District Judge Kirk E. Sherriff**. Time has already been excluded and will continue to be excluded through the hearing date because a motion is pending.

The defendant's brief opposing the revocation of his release is due by June 3, 2026. The government's reply, if any, shall be due by June 10, 2026.

IT IS SO ORDERED.

Dated:   **May 29, 2026**                    _____
UNITED STATES MAGISTRATE JUDGE