Kevin P. Rooney #107554
**Of Counsel, HAMMERSCHMIDT LAW CORPORATION**
2445 Capitol Street, Suite 215
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, ISMAEL CABADA GARCIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:26-CR-90 |
| Plaintiff, | **STIPULATION AND ORDER REGARDING PRETRIAL RELEASE CONDITIONS** |
| vs. | |
| ISMAEL CABADA GARCIA ET AL, | |
| Defendants | |

The United States of America, by and through Assistant U.S. Attorney Chan Hee Chuampbell, defendant Ismael Cabada Garcia, by and through his counsel Kevin Rooney, hereby agree and stipulate as follow:

1. The Defendant's PreTrial Release conditions may be modified to permit his release from custody in the above-captioned case without the physical presence of his third-party custodian. All other conditions of PreTrial Release previously ordered by Judge Sherriff shall remain in full force and effect.

It is so stipulated and agreed:

Dated: June 16, 2026                               /s/ KEVIN ROONEY
                                                                KEVIN ROONEY
                                                                Counsel for Defendant
                                                                Ismael Cabada Garcia

Dated: June 16, 2026                              ERIC GRANT
                                                  United States Attorney


                                                  /s/ CHAN HEE CHU
                                                   CHAN HEE CHU
                                                  Assistant United States Attorney



                              **ORDER**


      The Court having received and considered the parties' stipulation and having addressed

this issue in open Court on June 15, 2026, hereby Orders that Defendant Ismael Cabada Garcia

be released from custody in Eastern District of California Case No. 1:26 CR 90 without the

physical presence of his third-party custodian.

      The defendant's conditions of release (page 2) will be modified by adding the following

language under the heading **USMS SPECIAL INSTRUCITONS:**

      (n) Mr. Ismael Cabada Garcia is Ordered to be released from custody in Eastern District

of California Case No. 1:26 CR 90 without the physical presence of his third-party custodian or

any other third-party.




IT IS SO ORDERED.

   Dated:    June 16, 2026            _____
                                       UNITED STATES DISTRICT JUDGE