ERIC GRANT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ISMAEL CABADA GARCIA,<br>Defendant. | Case No. 1:26-cr-00090-KES-EPG<br><br>MOTION TO DISMISS INDICTMENT; ORDER |

The United States of America, by and through Eric Grant, Acting United States Attorney, and Chan Hee Chu, Assistant United States Attorney, hereby moves to dismiss the Indictment against Defendant Ismael Cabada Garcia.

Following his release from federal criminal custody, Defendant Ismael Cabada Garcia was detained and taken into immigration custody by Immigrations and Customs Enforcement agents. Defendant has subsequently been removed from the United States and is not permitted to reenter the country.

Given Defendant's unavailability, the United States moves to dismiss the Indictment without prejudice as charged against Defendant. The United States also requests vacatur of all current hearing dates.

The United States has informed defense counsel for both defendants in this case about its decision to move for dismissal of the Indictment against Defendant Ismael Cabada Garcia.

DATED: July 21, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By: /s/ *Chan Hee Chu*
CHAN HEE CHU
Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that the Indictment in Case No. 1:26-cr-00090-KES-EPG be dismissed as to ISMAEL CABADA GARCIA, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: July 21, 2026

UNITED STATES DISTRICT JUDGE