IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>ISMAEL CABADA GARCIA,<br>Defendant. | Case No.: 1:26 CR 90 KES/EPG<br><br>ORDER TO RELEASE DEFENDANT'S PASSPORT |

As requested by the government, the Court has dismissed this case as to defendant Ismael Cabada Garcia. The Court hereby ORDERS the return of Mr. Cabada Garcia's Mexican passport, previously provided to the Clerk of Court, to counsel for the defendant.

IT IS SO ORDERED.

Dated: **July 22, 2026**

/s/ Eric P. Grosjean

UNITED STATES MAGISTRATE JUDGE